| | |
|---|---|
| 1 | ROBERT A. CARICHOFF (SBN 211066) |
| | LAW OFFICE OF ROBERT A. CARICHOFF |
| 2 | US Bank Plaza |
| | 980 Ninth Street, Suite 1600 |
| 3 | Sacramento California 95814 |
| | Telephone: (916) 449-9506 |
| 4 | Facsimile: (916) 419-1198 |
| 5 | Attorney for Plaintiff/Cross-defendant |
| | AMY JAMES |
| 6 | |
| 7 | MICHAEL J. CHRISTIAN (SBN 173727) |
| | BRENDAN J. BEGLEY (SBN 202563) |
| 8 | JACKSON LEWIS LLP |
| | 801 "K" Street, Suite 2300 |
| 9 | Sacramento, California 95814 |
| | Telephone: (916) 341-0404 |
| 10 | Facsimile: (916) 341-0141 |
| 11 | Attorneys for Defendant/Cross-complainant |
| | CHILDTIME CHILDCARE, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY JAMES, | Case No. 2:06-CV-02676-RRB/DAD |
| Plaintiff, | ~~PROPOSED~~ **ORDER RE STIPULATION FOR PROTECTIVE ORDER** |
| vs. | |
| CHILDTIME CHILDCARE, INC., AN ILLINOIS CORPORATION, AND DOES 1-100, | |
| Defendants. | |
| CHILDTIME CHILDCARE, INC., an Illinois corporation, | |
| Counter-complainant, | |
| vs. | |
| AMY JAMES, and ROES 1-10, | Trial Date: July 28, 2008 |
| Counter-defendants. | Complaint Filed: October 24, 2006 |
| | Trial Date: July 28, 2008 |

1

Proposed Order RE Stipulation for Protective Order                Case No. 2:06-CV-02676-RRB/DAD

1   THE COURT, having considered the Stipulation for Protective Order of the parties
2   filed on or about August 15, 2007, and finding good cause therefore, hereby approves the
3   aforementioned Stipulation for Protective Order and orders the parties to abide by the conditions
4   set forth therein.

6   Dated: 8/23, 2007          S/RRB
                                The Hon. Ralph R. Beistline
7                               United States District Judge

9   H:\C\Childtime Childcare\James (106796)\Pleadings\pld 016 Proposed Order RE Stip for Protect Order.doc