ROBERT A. CARICHOFF (SBN 211066)
LAW OFFICE OF ROBERT A. CARICHOFF
US Bank Plaza
980 Ninth Street, Suite 1600
Sacramento, California 95814
Telephone: (916) 449-9506
Facsimile: (916) 419-1198

Attorney for Plaintiff/Cross-defendant
AMY JAMES

MICHAEL J. CHRISTIAN (Cal. Bar No. 173727)
BRENDAN J. BEGLEY (Cal. Bar No. 202563)
JACKSON LEWIS LLP
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant/Counter-complainant
CHILDTIME CHILDCARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>CHILDTIME CHILDCARE, INC., AN ILLINOIS CORPORATION, AND DOES 1-100,<br><br>Defendants. | Case No. CIV.S-06-02676 RRB DAD<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| CHILDTIME CHILDCARE, INC., an Illinois corporation,<br><br>Counter-complainant,<br><br>vs.<br><br>AMY JAMES, and ROES 1-10,<br><br>Counter-defendants. | Trial Date:       July 28, 2008<br>Complaint Filed: October 24, 2006 |

**TO THE COURT AND ALL PARTIES:**

1

Request for Dismissal and Order Thereon                              Case No. CIV.S-06-02676 RRB DAD

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to a Settlement Agreement and General Release between Defendant and Counter-complainant CHILDTIME CHILDCARE, INC., and Plaintiff and Counter-defendant AMY JAMES, the parties hereby request that all parties, claims, and counter-claims or cross-claims be dismissed with prejudice in the above-entitled action.

Date: December 3, 2007                JACKSON LEWIS LLP

By:/s/ Brendan J. Begley
    Michael J. Christian
    Brendan J. Begley

    Attorneys for
    Defendant/Counter-complainant
    CHILDTIME CHILDCARE, INC.

Date:  December ___, 2007             LAW OFFICE OF ROBERT A. CARICHOFF

By:_____
    Robert A. Carichoff

    Attorney for Plaintiff/Cross-defendant
    AMY JAMES

## **ORDER**

IT IS HEREBY ORDERED that the Complaint, Counter-complaint or Cross-complaint, and any and all claims for relief in the above-referenced matter, USDC Case No. CIV.S-06-2676 RRB DAD, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 4, 2007

/s/ Ralph R. Beistline
UNITED STATES DISTRICT COURT JUDGE

H:\C\Childtime Childcare\James (106796)\Pleadings\pld 018 Dismissal.doc

2

PDF created with pdfFactory trial version www.pdffactory.com